# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

LINDA TATUM

vs.                                                    NO. 4:03CV00948 SWW

WHITE RIVER BEVERAGE COMPANY, INC., ET AL

### ORDER OF DISMISSAL

The Court having been advised by counsel for plaintiff and defendants on September 28, 2006, that the parties have resolved this matter,

IT IS THEREFORE ORDERED that this action be, and it hereby is, dismissed with prejudice.

DATED this 8th day of November, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE